HAROLD S. CLARK, Appellant, *v.* GEORGE A. REYNOLDS, Respondent.

Submitted February 24, 1941; decided March 4, 1941.

*Harold S. Clark,* in person, for motion.

No one opposed.

Motion denied. The moving papers do not indicate that the plaintiff moved for a direction of a verdict or that the trial court erred in submitting questions of fact to the jury. Upon an appeal from an order of the Appellate Division reversing a judgment on the facts and granting a new trial, this court may consider only whether " as matter of law on the evidence the plaintiff was entitled to judgment." (*Rockowitz C. & B. Corp.* v. *Madame X Co.,* 248 N. Y. 272.)